1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada Bar No. 9635
   JARED GRIMMER
3  Assistant United States Attorney
   District of Nevada
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Jared.L.Grimmer@usdoj.gov
6
   *Representing the United States of America*
7


FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUN 1 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

8

9

# UNITED STATES DISTRICT COURT
10 # DISTRICT OF NEVADA

11

12 UNITED STATES OF AMERICA,

Case No. 2:15-mj-1144-PAL

13         v.

14 SANDISK CRUZER FLASH DRIVE
   (B1131124160B), A PURPLE DANE-ELEC
15 FLASH DRIVE, ACER ASPIRE PC
   (SN:DTSYTAA0014390A05A3000)
16

**UNITED STATES' MOTION
TO UNSEAL CASE**

17

18     THE UNITED STATES OF AMERICA, by and through STEVEN W. MYHRE, Acting

19 United States Attorney, and JARED GRIMMER, Assistant United States Attorney, hereby moves the

20 Court to unseal Case Number 2:15-mj-1144-PAL, so that the United States may produce in discovery,

21 the Search and Seizure Warrant and supporting affidavit in Case Number 2:16-CR-00326-LRH-CWH.

22 The Search and Seizure Warrant and affidavit in this matter was sealed at the request of the United

23 States in order to protect an ongoing investigation. The warrant authorized a search of SanDisk Cruzer

24 Flash   Drive   (B1131124160b),   A   Purple   Dane-Elec   Flash   Drive,   Acer   Aspire   PC

(SN:DTSYTAA0014390A05A3000), Case No. 2:15-mj-1144-PAL, for evidence of alleged violations of 18 U.S.C. § 1708 Possession of Stolen Mail, Section 371, Conspiracy Section 1028, Identity Theft, and Section 1344, Bank Fraud. The defendants have since been indicted on charges of Theft or Receipt of Stolen Mail Matter, Case Number 2:16-CR-00326-LRH-CWH. The United States intends to use evidence it recovered during the execution of the Search and Seizure Warrant in its case in chief against the defendants.

The reason for sealing the Search and Seizure Warrant and affidavit no longer exists. Further, the United States has a duty to produce in discovery, these materials in 2:16-CR-00326-LRH-CWH. For these reasons, the United States asks the Court to unseal case 2:15-mj-1144-PAL, so that the United States may produce the Search and Seizure Warrant and supporting affidavit.

DATED this 13th day of June, 2017.

STEVEN W. MYHRE
Acting United States Attorney

JARED GRIMMER
Assistant United States Attorney

IT IS SO ORDERED.
Dated this 19th day of June, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2